**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(609) 989-2144
Fax: (609) 989-0451

| | |
|---|---|
| CHAMBERS OF<br>*DOUGLAS E. ARPERT*<br>UNITED STATES MAGISTRATE JUDGE | CLARKSON  S. FISHER U.S. COURTHOUSE<br>402 E. STATE STREET, ROOM 6000<br>TRENTON, NJ 08608 |

March 22, 2011

## LETTER ORDER

**RE:**   <u>**11-CV-1305(JAP) Damian Mejia Ponceano v. James J. Quaranta, et al.**</u>

The Initial Scheduling Conference set for April 26, 2011 at 11:00 AM, has been adjourned pending the outcome of the Motion to Dismiss for Lack of Jurisdiction.

IT IS SO ORDERED.

*s/ Douglas E. Arpert*
**DOUGLAS E. ARPERT**
**UNITED STATES MAGISTRATE JUDGE**